UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TAD E. CONKLIN, on behalf of himself and all others similarly situated, *ET AL.*, : 23-cv-7122 (SHS)

        Plaintiffs, : ORDER

    -against-

THE UNITED STATES POSTAL SERVICE,

        Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the motion to dismiss or in the alternative for summary judgment [ECF Doc. No. 23] filed by defendant,

    IT IS HEREBY ORDERED that the initial pretrial conference scheduled for December 4, 2023, is adjourned *sine die*.

Dated: New York, New York
       November 30, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.