UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TAD E. CONKLIN, *ET AL.*,  :  23-cv-7122 (SHS)

        Plaintiffs,  :  ORDER

  -against-  :

THE UNITED STATES POSTAL SERVICE,  :

        Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that plaintiffs' motion to strike defendant's reply in support of its motion to dismiss or in the alternative for leave to file a sur-reply is denied [Doc. No. 32]. The allegedly two new issues were appropriately responsive to arguments raised by plaintiffs in their opposition brief.

Dated: New York, New York
      September 30, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.