UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAD E. CONKLIN, MANUEL ANDRADE, LINSEY I. BETTS, JORDAN A. HILLIARD, MARIO LANTIGUA, KIMBERLY R. LINCOLN, COURTNEY S. LUDWIG, ALEXANDER ROBERT, DANIEL T. SEMRAU, on Behalf of Themselves and All Others Similarly Situated,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

        Defendant.

23-cv-7122 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that in light of the Opinion & Order dated September 30, 2024 denying defendant's motion to dismiss the complaint or in the alternative for summary judgment, the parties are directed to submit to the Court an agreed upon schedule for the remainder of this litigation on or before October 23, 2024.

Dated:    New York, New York
           October 9, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.