UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| TAD E. CONKLIN, on behalf of himself and all others similarly situated, *ET AL.*, | : | 23-cv-7122 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| | : | |
| -against- | | |
| | : | |
| THE UNITED STATES POSTAL SERVICE, | | |
| | : | |
| Defendant. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that there will be a telephone conference tomorrow, October 29, at 2:30 p.m., via MS Teams. The parties shall dial 1-646-453-4442 and use access code 547088951# to join the call.

Dated: New York, New York
       October 28, 2024

                    SO ORDERED:

                    *Sidney H. Stein*
                    Sidney H. Stein, U.S.D.J.