IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAD E. CONKLIN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | No. 1:23-cv-07122 (SHS) (KHP) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

After reviewing Plaintiff's Motion for Conditional Certification and Court-Authorized Notice and the Parties' submissions, it is hereby ORDERED that:

　　a.　　The Motion for Conditional Certification and Court-Authorized Notice is GRANTED, and the proposed collective of "all present and former Postal Inspectors who have attended BIT since October 16, 2021," is conditionally certified pursuant to 29 U.S.C. § 216(b);

　　b.　　Plaintiffs are directed to send notice of this action in accordance with this Order to the following collective of potential plaintiffs: all present and former Postal Inspectors who have attended Basic Inspector Training since October 16, 2021;

　　c.　　The Notice for Postal Inspectors of Lawsuit Against the United States Postal Service (the "Notice") attached as Exhibit A to Plaintiffs' Notice of Filing Modified FLSA Collective Action Notice and Proposed Order, ECF No. 50, is hereby APPROVED to be issued to the above-identified collective of potential plaintiffs;

  d. Plaintiffs are directed to send the Notice via U.S. Mail, email, and text message to each member of the collective of potential plaintiffs;

  e. The opt-in period shall extend for 60 days from the date of this Order; and

  f. Plaintiffs are directed to send a reminder notice via U.S. Mail, email and text message to any Collective member who has not yet returned a Consent to Become Party Plaintiff form thirty (30) days after the Notice for Postal Inspectors of Lawsuit Against the United States Postal Service has been sent.

Dated: October 30, 2024

/s/ Sidney H. Stein
Hon. Sidney H. Stein
United Stated District Judge